JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GUIDICE, | CV 19-04254 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DR. HEATHER WILSON, SECRETARY DEPARTMENT OF THE AIR FORCE AGENCY, | |
| Defendant. | |

Pursuant to the Court's June 16, 2020 Order dismissing this action for lack of prosecution and for failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  June 16, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE